# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO. 6:25-cr-10074-JWB**

**RICKY NAOVORAVONG,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**EMBEZZLEMENT BY A CREDIT UNION EMPLOYEE**
**[18 U.S.C. § 657]**

On or between November 6, 2020 and August 5, 2024, in the District of Kansas, the defendant,

**RICKY NAOVORAVONG,**

being an officer, agent, or employee of Garden City Teachers Federal Credit Union, a financial institution whose deposits are insured by the National Credit Union Administration Board, with the intent to injure and defraud Garden City Teachers Federal Credit Union, willfully misapplied, embezzled, and purloined the sum of approximately

$171,164.30 of the moneys, funds, or credits belonging to Garden City Teachers Federal Credit Union by creating fictitious loans, assigning the loans to a particular customer, transferring loan moneys to the customer's existing account, and transferring moneys from the customer's account to defendant's personal account and withdrawing currency from the customer's account.

In violation of Title 18, United States Code, Section 657.

**FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

2. Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following:

A. A forfeiture money judgment against the defendant in an amount equal to the amount of gross proceeds obtained or derived by him from the commission of Count 1.

A TRUE BILL.

July 8, 2025
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Kari Burks
KARI BURKS
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: kari.burks@usdoj.gov
Ks. S. Ct. No. 24171

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Count One: 18 U.S.C. § 657**

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 657.
- A term of supervised release of not more than five (5) years. 18 U.S.C. §3583(b)(1).
- A fine not to exceed $1,000,000. 18 U.S.C. § 657.
- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.